UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| -vs- : | |
| : | 3:16-cr-00319 |
| : | |
| STEVEN BORGIA : | |
| Defendant : | |

## PLEA

AND NOW, this 30TH day of November 2016, the defendant, STEVEN BORGIA, after being arraigned in open Court, hereby pleads guilty to the within INFORMATION.

_____
STEVEN BORGIA
Defendant