IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 3:16-CR-00319 |
| | : | |
| STEVEN BORGIA | : | |
| | : | ELECTRONICALLY FILED |

## ORDER

AND NOW, this 7TH day of _December_ 2017, upon consideration of Motion for Return of Property, IT IS HEREBY ORDERED THAT the Motion is Granted. The Clerk of the United States District Court for the Middle District of Pennsylvania is hereby ORDERED to immediately return Steven Borgia's passport.

_____
J.